1  AARON D. FORD
   Attorney General
2  VICTORIA C. COREY (Bar No. 16364)
   Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 E. Washington Ave., Ste. 3900
   Las Vegas, Nevada 89101
5  (702) 486-9245 (phone)
   (702) 486-3773 (fax)
6  Email: vcorey@ag.nv.gov

7  *Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN DRYDEN, | Case No. 2:23-cv-01318-CDS-DJA |
| Plaintiff | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| C/O J. HESTER, *et al.*, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Bryan Dryden, *Pro Se* Plaintiff, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of March 2024.

DATED this 15th day of March 2024.
AARON D. FORD
Attorney General

Bryan Dryden #1070536
*Plaintiff, pro se*

/s/ *Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364)
*Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED: July 16, 2024.

UNITED STATES DISTRICT JUDGE